| Fill in this information to identify the case: | |
|---|---|
| Debtor | BSK HOSPITALITY GROUP, LLC |
| United States Bankruptcy Court for the: | Northern District of CA (State) |
| Case number (If known) | 21-40686-CN |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | Total claim | Priority amount |
|---|---|---|

**2.1** Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is: $_____ $ Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2** Priority creditor's name and mailing address
Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952

As of the petition filing date, the claim is: $_____ $ Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.3** Priority creditor's name and mailing address
Employment Development Department
Bankruptcy Unit-MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

As of the petition filing date, the claim is: $_____ $ Unknown
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

| Debtor | BSK HOSPITALITY, LLC | Case number (if known) 21-40686-CN |
|---|---|---|
| | Name | |

# Part 1. Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.4** Priority creditor's name and mailing address

CA Dept. of Tax & Fee Administration
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: $_____
Priority amount: $ Unknown

---

**2._** Priority creditor's name and mailing address

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2._** Priority creditor's name and mailing address

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2._** Priority creditor's name and mailing address

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Case: 21-40686    Doc# 31    Filed: 06/16/21    Entered: 06/16/21 17:13:25    Page 2 of 5

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 2 of 5

Debtor: BSK HOSPITALITY, LLC   Case number (if known): 21-40686-CN

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
Andrew Seligson
1973 Filbert Street, #4
San Francisco, CA 94123

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Is the claim subject to offset?
☐ No
☐ Yes

$ 58,666.64

**3.2** Nonpriority creditor's name and mailing address
Beneficial State Bank
1438 Webster Street, Suite 100
Oakland, CA 94612

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Is the claim subject to offset?
☐ No
☐ Yes

$ 44,072.50

**3.3** Nonpriority creditor's name and mailing address
Glen Scott Sherman
95 Tamalpais Avenue
San Anselmo, CA 94960

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Is the claim subject to offset?
☐ No
☐ Yes

$ 400,833.33

**3.4** Nonpriority creditor's name and mailing address
Nathan Mee
One Market Street
Steuart Tower, Suite 2200

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Is the claim subject to offset?
☐ No
☐ Yes

$ 23,466.64

**3.5** Nonpriority creditor's name and mailing address
Salt Partners LLC
885 South Van Ness Ave
San Francisco, CA 94110

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Is the claim subject to offset?
☐ No
☐ Yes

$ 200,074.95

**3.6** Nonpriority creditor's name and mailing address
Broadway Grant Retail Investors, LLC
c/o Signature Development Group
2335 Broadway, Suite 200
Oakland, CA 94612

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lease

Is the claim subject to offset?
☐ No
☐ Yes

$ 0.00

| Debtor | BSK HOSPITALITY, LLC | Case number (if known) 21-40686-CN |
|---|---|---|
| | Name | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.7 Nonpriority creditor's name and mailing address**
U.S. Small Business Administration
Attn: District Counsel
455 Market Street, Suite 600
San Francisco, CA 94105

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Unknown

---

**3.__ Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.__ Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.__ Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.__ Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____
**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Debtor  BSK HOSPITALITY, LLC                         Case number *(if known)* 21-40686-CN
       Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ _____ |
| 5b. **Total claims from Part 2** | 5b. + | $ 727,114.06 |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 727,114.06 |