| Fill in this information to identify the case: | |
|---|---|
| Debtor name | BSK HOSPITALITY GROUP, LLC |
| United States Bankruptcy Court for the: | NORTHERN District of CA (State) |
| Case number (If known): | 21-40686-CN   Chapter 11 |

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | License agreement | HFH OAK Venture, LLC 123 Second Street, Sausalito, CA 94965. |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | Aramark Sports and Entertainment Services, LLC 2400 Market Street, Philadelphia, Pennsylvania 19103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Services Agreement | Oakland Museum of California 1000 Oak Street, Oakland, California |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Lease of Real Property | Broadway Grand Retail Investors, LLC PO Box 511335 1007041 Los Angeles, CA 90051 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Case: 21-40686   Doc# 32   Filed: 06/16/21   Entered: 06/16/21 17:14:47   Page 1 of 1

Official Form 206G           Schedule G: Executory Contracts and Unexpired Leases           page 1 of ___